IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:02CR207 |
| | ) | |
| v. | ) | |
| | ) | |
| JOHNTAYE TERRELL, | ) | ORDER |
| | ) | |
| Defendant. | ) | |
| | ) | |

　　　　IT IS ORDERED that the Plaintiff's Motion for Dismissal of Petition for Offender Under Supervision (filing no. 100) is granted.  The Petition for Offender Under Supervision (filing no. 78) is dismissed without prejudice.  The October 21, 2016 revocation hearing is canceled.

　　　　DATED this 20th day of October, 2016.

　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　s/ *Richard G. Kopf*
　　　　　　　　　　　　　　　　Senior United States District Judge